**United States District Court**
**Western District Of Texas**
**Austin Division**

**Connor Elliott and Amanda Elliott**,
individually and as next friend of N.E.,
their child and a minor,

    *Plaintiff*,

v.

**The United States of America**,
    *Defendant*.

No. 1:19-cv-427-LY

# EXHIBIT 1
**Defendant's List of Trial Exhibits**

| Exhibit Number | Description |
|---|---|
| D-1 | Carl R. Darnall Army Medical Center Health Records for Baby Elliott |
| D-2 | Carl R. Darnall Army Medical Center Health Records for Amanda Elliott |
| D-3 | Life Care Plan Review and Analysis (with Appendices) of Darius Garcia |
| D-4 | Brooks, Strauss, *et al.*, "Recent trends in cerebral palsy survival. Part II: individual survival prognosis." (Developmental Medicine and Child Neurology, Vol. 56-11). |
| D-5 | Duboe CV |
| D-6 | Hall CV |
| D-7 | Glass CV |
| D-8 | Phillips CV |
| D-9 | Shinn CV |
| D-10 | Brown CV |
| D-11 | Bagnell CV |
| D-12 | Bagwell CV |

| | |
|---|---|
| D-13 | Swiger CV |
| D-14 | Berkus CV |
| D-15 | Gross CV |
| D-16 | Garcia CV |

Defendant also reserves the right to rely on or introduce:

Any exhibits listed or identified by Plaintiffs.

Any literature, article, citation, or source relied on by any expert.

Any exhibits used only for impeachment, including deposition transcripts.

Dated: October 14, 2020

Respectfully submitted,
**GREGG N. SOFER**
United States Attorney

By:   */s/ Kartik Venguswamy*
**KARTIK N. VENGUSWAMY**
Assistant United States Attorney
State Bar No. 24110801

**KRISTINA BAEHR**
Assistant United States Attorney
State Bar No. 24080780

U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1294 (phone)
(512) 916-5854 (fax)
kartik.venguswamy2@usdoj.gov
kristina.baehr@usdoj.gov

**ATTORNEYS FOR DEFENDANT
STEVEN T. MNUCHIN**

## **CERTIFICATE OF SERVICE**

I certify that on October 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

          */s/ Kartik Venguswamy*
          KARTIK N. VENGUSWAMY
          Assistant United States Attorney