United States District Court
Western District Of Texas
Austin Division

**Connor Elliott and Amanda Elliott**,
individually and as next friend of N.E.,
their child and a minor,

 *Plaintiff*,

v.

**The United States of America**,
 *Defendant.*

No. 1:19-cv-427-LY

## EXHIBIT 2
### Defendant's List of Witnesses

### I. Witnesses Expected to be Presented

Defendant the United States of America, by and through undersigned counsel, states that it intends to call the following witnesses at trial:

Dr. Michael D. Berkus, M.D. (expert, OB/GYN)

Dr. Sheldon Gross, M.D. (expert, pediatrics/neurology)

Darius Y. Garcia, RN, BSN (expert, life care planner)

### II. Defendant Reserves the Right to Call

Any witnesses disclosed, designated, and/or called at trial by Plaintiff or Defendant.

Any witness to be used for impeachment only.

Dated: October 14, 2020

Respectfully submitted,

**GREGG N. SOFER**
United States Attorney

By:   */s/ Kartik Venguswamy*
**KARTIK N. VENGUSWAMY**
Assistant United States Attorney
State Bar No. 24110801

**KRISTINA BAEHR**
Assistant United States Attorney
State Bar No. 24080780

U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1294 (phone)
(512) 916-5854 (fax)
kartik.venguswamy2@usdoj.gov
kristina.baehr@usdoj.gov

**ATTORNEYS FOR DEFENDANT**
**UNITED STATES OF AMERICA**