IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CONNOR** and **AMANDA ELLIOTT**, individually and as next friend of **N.E.**, their minor child,<br><br>Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant | **NO. 1:19-CV-00427-LY** |

## NOTICE OF INTENDED SETTLEMENT

Parties would notify the Court that they have reached an agreement in principle to settle. This agreement is supported by the U.S. Attorney for the Western District and counsel for the United States is working diligently to achieve the necessary authorizations from the Department of Justice. Parties ask the Court to stay the case and order Parties to provide monthly updates on the progress of finalization of any settlement.

Respectfully Submitted,

/s/ Kartik Venguswamy
**KARTIK VENGUSWAMY**
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
512-370-1294
kartik.venguswamy2@usdoj.gov

/s/ Jamal K. Alsaffar
**JAMAL K. ALSAFFAR**,
  jalsaffar@nationaltriallaw.com
  Texas State Bar #2402719
**TOM JACOB**,
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
**WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB P.L.L.C.**
  7500 Rialto Blvd,
  Bldg. Two, Ste 250
  Austin, TX 78735
  (512) 476-4346 (o)
  (512) 467-4400 (f)

**JESSE M. REITER**, *pro hac vice*
  jreiter@abclawcenters.com
  Michigan State Bar #P40692
**ANNE RANDALL**, *pro hac vice*
  arandall@abclawcenters.com
  Michigan State Bar #P36842
**REITER & WALSH, P.C**.
  122 Concord Road
  Bloomfield Hills, MI 48304
  (248) 593-5100 (o)
  (248) 593-5108 (f)

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of this pleading, Notice of Intended Settlement, has been sent to the following on October 23, 2020 via the Court's CM/ECF notice system.

>Kartik Venguswamy
>U.S. Attorney's Office
>Western District of Texas
>903 San Jacinto Blvd., Suite 334
>Austin, TX 78701
>512-370-1294
>kartik.venguswamy2@usdoj.gov