IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CONNOR** and **AMANDA ELLIOTT**, individually and as next friend of **N.E.**, their minor child, <br><br> Plaintiffs <br><br> vs. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant | NO. 1:19-CV-00427-LY |

# ORDER

After reviewing the motion to appoint a guardian ad litem, the Court **ORDERS** Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746, shall be appointed the Guardian Ad Litem to protect the interest of N.E. and to review the proposed settlement in the above styled case. Within two weeks of the entry of this Order, Mr. Evans will issue his report to the Court.

It is so **ORDERED**.

SIGNED on this _____ day of _____, 2021.

_____
HON. JUDGE LEE YEAKEL