United States District Court
Western District Of Texas
Austin Division

**Connor Elliott and Amanda Elliott**,
individually and as next friend of N.E.,
their child and a minor,

    *Plaintiff*,

v.

**The United States of America**,
    *Defendant*.

No. 1:19-cv-427-LY

**Joint Stipulation of Dismissal with Prejudice**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims (attached hereto as Exhibit 1), Plaintiffs Connor Elliott and Amanda Elliott, individually and as next friend of N.E., their child and a minor, and Defendant United States of America hereby stipulate to a dismissal with prejudice of all claims made in this lawsuit, with each party to bear their own costs, expenses, and attorney's fees.  The parties further stipulate that this Court should not retain jurisdiction over the above-captioned action, this settlement, or the United States.

Dated: January 21, 2022

Respectfully submitted,

/s/ Jamal K. Alsaffar
**JAMAL K. ALSAFFAR**,
   jalsaffar@nationaltriallaw.com
   Texas State Bar #2402719
**TOM JACOB**,
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981

**WHITEHURST, HARKNESS,
  BREES, CHENG, ALSAFFAR,
  HIGGINBOTHAM, & JACOB P.L.L.C.**
7500 Rialto Blvd,
Bldg. Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

**JESSE M. REITER**, *pro hac vice*
  jreiter@abclawcenters.com
  Michigan State Bar #P40692
**ANNE RANDALL**, *pro hac vice*
  arandall@abclawcenters.com
  Michigan State Bar #P36842
**REITER & WALSH, P.C**.
  122 Concord Road
  Bloomfield Hills, MI 48304
  (248) 593-5100 (o)
  (248) 593-5108 (f)

**ATTORNEYS FOR PLAINTIFFS**

**and**

**ASHLEY C. HOFF**
United States Attorney

By:   */s/ Kartik N. Venguswamy*
      **KARTIK N. VENGUSWAMY**
      Assistant United States Attorney
      State Bar No. 24110801

      U.S. Attorney's Office
      903 San Jacinto Blvd., Suite 334
      Austin, Texas  78701
      (512) 370-1294 (phone)
      (512) 916-5854 (fax)
      kartik.venguswamy2@usdoj.gov

      **ATTORNEYS FOR DEFENDANT
      UNITED STATES OF AMERICA**

2

## **CERTIFICATE OF SERVICE**

I certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

      */s/ Kartik Venguswamy*
KARTIK N. VENGUSWAMY
Assistant United States Attorney