

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONNOR ELLIOTT AND AMANDA ELLIOTT, INDIVIDUALLY AND AS NEXT FRIEND OF N.E., THEIR CHILD AND A MINOR, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. 1:19-CV-427-LY |
| THE UNITED STATES OF AMERICA, DEFENDANT. | § § § | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On January 21, 2021, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #58). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __24th__ day of January, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE